John **AURIEMMA, Daniel Coll, Marshall Consadine, Renaldo Cozzi, Kenneth Curin, Russell Ditusa, Thomas Faragoi, Lawrence Forberg, John Hinchy, Kathryn Kajari, George Marcin, Patrick McDonough, Walter Murphy, John Rafter, Dominic Rizzi, James Stampnick, Thomas Walter and Roger Whalen, Plaintiffs–Appellees,**

v.

**Fred RICE, Defendant–Appellant,**

and

**City of Chicago, Defendant.**

No. 89–1479.

United States Court of Appeals, Seventh Circuit.

May 11, 1990.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION and KANNE, Circuit Judges.

### ORDER

A majority of judges in active service have voted to rehear this case *en banc.* Accordingly,

IT IS ORDERED that rehearing *en banc* be, and the same is hereby, GRANTED.

IT IS FURTHER ORDERED that the judgment and opinion entered in this case on February 6, 1990, 895 F.2d 338, be, and are hereby, VACATED. This case will be reheard *en banc* on May 30, 1990 in the morning session.